IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH HILL,

      Plaintiff,                    No. 2:11-cv-3409 EFB P

      vs.

DIRECTOR OF CORRECTIONS, et al.,

      Defendants.           <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has filed a "motion for discovery" with the court. Dckt. No. 15.

      Plaintiff is hereby informed that he must serve his discovery requests on a defendant rather than filing them with the court. Pursuant to this court's local rules, interrogatories, requests for production, requests for admission, and responses thereto "shall not be filed with the clerk" unless there is a proceeding that puts the discovery request or response at issue. *See* E.D. Cal. Local Rules 250.2-250.4. Further, when a discovery request or response is at issue, only the part of the request or response at issue "shall be filed." *Id.*

////

////

////

1

At this time, there is no proceeding before the court that requires plaintiff's motion for discovery for its resolution. Accordingly, plaintiff's motion for discovery, Dckt. No. 15, is disregarded and the Clerk of the Court shall make a notation on the docket to that effect.

So ordered.

DATED: March 7, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE