IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH HILL,

      Plaintiff,                    No. 2:11-cv-3409 EFB P

      vs.

DIRECTOR OF CORRECTIONS, et al.,

      Defendants.             <u>ORDER</u>

                              /

      Good cause appearing, defendants' April 22, 2012 motion to modify the schedule (Dckt. No. 20) is granted. The deadline for completion of discovery is extended to July 23, 2013 and the deadline for filing dispositive motions is extended to September 23, 2013.

      So ordered.

Dated: April 29, 2013.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE