IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH HILL,

    Plaintiff,                          No. 2:11-cv-3409 EFB P

  vs.

DIRECTOR OF CORRECTIONS, et al.,

    Defendants.                <u>ORDER</u>

        Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983. On April 24, 2013, plaintiff filed a motion to compel discovery on the ground that defendants had not yet responded to his discovery request. Dckt. No. 21. On April 29, 2013, however, the court granted the parties additional time to conduct discovery by extending the discovery deadline to July 23, 2013. In a declaration filed in response to plaintiff's motion to compel, defense counsel indicates she will respond on behalf of defendants to plaintiff's discovery request by May 24, 2013. Dckt. No. 23. Given the procedural history and the representation of defense counsel, plaintiff's motion to compel appears to be moot.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (Dckt. No. 21) is denied.

Dated: May 20, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE