UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTOR OF CORRECTIONS, et al.,<br><br>    Defendants. | No.  2:11-cv-3409-EFB P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Good cause appearing, defendants' September 23, 2013 motion to modify the schedule (ECF No. 31) is granted.  If the court grants defendants' motion to compel, defendants shall file any dispositive motion no later than ninety (90) days from the date plaintiff's discovery responses are due.  If the court denies defendants' motion to compel, defendants shall file any dispositive motion no later than ninety (90) days from the date of the court's order.

    So ordered.

Dated:  October 2, 2013.

    EDMUND F. BRENNAN  
    UNITED STATES MAGISTRATE JUDGE