UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTOR OF CORRECTIONS, et al.,<br><br>    Defendants. | No. 2:11-cv-3409-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Pursuant to the court's January 23, 2013 schedule, any motions to amend were to be filed by April 23, 2013. ECF No. 13. On September 9, 2013, without explanation, plaintiff filed an amended complaint. ECF No. 29. Plaintiff's pleading is unauthorized and will be stricken from the docket.

In addition, plaintiff has filed a motion for attorney's fees. ECF No. 30. Plaintiff's motion is baseless. First, he is proceeding pro se and is not entitled to attorney's fees. Second, even assuming he was represented by counsel, there has been no proceeding that would warrant payment of attorney's fees in this action.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's unauthorized pleading (ECF No. 29) is stricken.
2. Plaintiff's motion for attorney's fees (ECF No. 30) is denied.

Dated: October 2, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE